Howard HERSHIPS, Plaintiff-
Appellant,

v.

Tani CANTIL-SAKAUYE, Director of
the California Judicial Council in her
Official Capacity; et al., Defendants-
Appellees.

No. 17-16188

United States Court of Appeals,
Ninth Circuit.

Submitted January 16, 2018 *

Filed January 29, 2018

Howard Herships, Pro Se

Michael L. Fox, Esquire, Attorney,
Duane Morris LLP, San Francisco, CA,
Douglas J. Collodel, Esquire, Clyde & Co
US LLP, Los Angeles, CA, for Defen-
dants-Appellees Tani Cantil-Sakauye, Sac-
ramento County Superior Courts

Courtney Suzanne Lui, Deputy Attorney
General, AGCA—Office of the Attorney
General, Oakland, CA, for Defendant-Ap-
pellee Jean Shiomoto

Before: REINHARDT, TROTT, and
HURWITZ, Circuit Judges.

MEMORANDUM **

Howard Herships appeals pro se from
the district court's order dismissing his 42
U.S.C. § 1983 action alleging constitutional
claims arising from state court proceed-
ings. We have jurisdiction under 28 U.S.C.
§ 1291. We review de novo a dismissal
under the *Rooker-Feldman* doctrine. *Noel
v. Hall*, 341 F.3d 1148, 1154 (9th Cir.
2003). We affirm.

The district court properly dismissed
Herships's action as barred by the *Rooker-
Feldman* doctrine because Herships's
claims stemming from his prior state traf-
fic cases constitute a "de facto appeal" of
prior state court judgments, or are "inex-
tricably intertwined" with those judg-
ments. *See id.* at 1155-57 (the *Rooker-
Feldman* doctrine bars de facto appeals of
a state court decision); *see also Henrichs
v. Valley View Dev.*, 474 F.3d 609, 616 (9th
Cir. 2007) (*Rooker-Feldman* doctrine
barred plaintiff's claim because the relief
sought "would require the district court to
determine the state court's decision was
wrong and thus void").

We do not consider matters not specifi-
cally and distinctly raised and argued in
the opening brief, or arguments and alle-
gations raised for the first time on appeal.
*See Padgett v. Wright*, 587 F.3d 983, 985
n.2 (9th Cir. 2009).

Herships's requests for judicial notice
(Docket Entry Nos. 24, 50) are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36-3.